ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| TransAtlantic Lines ) | ASBCA No. 61218 |
| ) | |
| Under Contract No. HTC711-09-D-0047 ) | |

APPEARANCE FOR THE APPELLANT:    Mr. Gudmundur Kjaernested
                                  Vice President

APPEARANCES FOR THE GOVERNMENT:  Jeffrey P. Hildebrant, Esq.
                                  Air Force Deputy Chief Trial Attorney
                                 Michael J. Farr, Esq.
                                  Trial Attorney

## ORDER OF DISMISSAL FOR FAILURE TO PROSECUTE

By letter dated 6 June 2017, appellant filed a notice of appeal with the Board which was docketed on 13 June 2017. When the Board did not receive a complaint pursuant to Board Rule 6(a), it issued an Order, dated 20 July 2017, directing appellant to file a complaint within 21 days of the date of the Order, or immediately advise the Board how much more time was needed and why. Appellant requested an extension of time in which to file its complaint which was granted by the Board on 5 September 2017. The complaint was due by 20 September 2017. The Board received no filing by that date.

By Order dated 28 September 2017, the Board directed appellant to either file a complaint or show cause why the appeal should not be dismissed for failure to prosecute within 21 days of the date of the Order. Appellant received the Show Cause Order on 2 October 2017. The Board has received no response from appellant.

Accordingly, this appeal is dismissed with prejudice under Board Rule 17 for failure to prosecute.

Dated: 26 October 2017

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur

RICHARD SHACKLEFORD
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I concur

CHRISTOPHER MCNULTY
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61218, Appeal of TransAtlantic Lines, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals

2